### Corning and Norton *vs.* Pray.

Service of a notice by leaving the same *in an office,* not good.

Motion for retaxation of costs. The notice of taxation was served by putting the same *under the door of the office* of the agent of the defendant's attorney, between the hours of 10 and 12 A. M. of the day of service, the door being shut and fastened.

*S. Chapman,* for defendant.

*W. Esleeck,* for plaintiffs.

*By the Court,* Savage, Ch. J. The service was irregular. If the notice could not be personally served on the agent or on his clerk in his office, it should have been delivered to some one of his family. The motion is granted.*

* In another case, decided this term, a notice served by leaving the same *in the office* of agent, no one being therein, was pronounced an irregular service.